**No. 57803.**—Shasha Trading Co., Inc. *v.* United States, protests 175563–K and 179942–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed, not found, or not manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as not landed, not found, or not manifested, not found.   The protests were sustained to this extent.

**No. 57804.**—Amtorg Trading Corp. *v.* United States, protest 215375–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest was sustained to this extent.

**No. 57805.**—Cosmos Shipping Co., Inc., and Halperin Shipping Co. *v.* United States, protests 174262–K and 182802–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the issue and merchandise herein are the same in all material respects as those involved in *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C. D. 358), except that in the liquidation of the entries covered by the involved protests, an allowance was made for gelatinous substance equal to 10 percent of the content of the tins, whereas there should have been a larger percentage allowed for the gelatinous substance.   In accordance with stipulation of counsel and following the decision cited, the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the cans, less such percentage allowance for the gelatinous substance contained in the respective tins, as set forth in the decision.